AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __North Dakota__

| | |
|---|---|
| The City of Fargo<br>Plaintiff(s),<br>V.<br>Purdue Pharma, LLC, et al.<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:19-cv-00139-DLH-ARS |

Notice is hereby given that, subject to approval by the court, __The City of Fargo__ substitutes
(Party(s) Name)

__Ian R. McLean__, State Bar No. __07320__ as counsel of record in
(Name of New Attorney)

place of __Erik R. Johnson__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Serkland Law Firm
Address: 10 Roberts Street North, P.O. Box 6017, Fargo, ND 58102-6017
Telephone: (701) 232-8957     Facsimile (701) 237-4049
E-Mail (Optional): imclean@serklandlaw.com

I consent to the above substitution.
Date: July 10, 2019

_City of Fargo_
_By: [signature]_
(Signature of Party(s))  City Attorney

I consent to being substituted.
Date: July 10, 2019

[signature]
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: July 10, 2019

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]